UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON M. GERMANY, | Case No.  2:26-cv-0280-DJC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO CALIFORNIA HIGHWAY PATROL, *et al.*, | |
| Defendants. | |

On April 2, 2026, I recommended that this action be dismissed without leave to amend for failure to state a cognizable section 1983 claim.  ECF No. 11.  Those recommendations are pending.  Plaintiff has not filed objections; instead he has filed a request to proceed with 1983 claim, ECF No. 12, wherein he asks that this action proceed under section 1983 against his former counsel Adam T. Weiner.  That request is denied.  The request does not address any of the deficiencies that I identified in my findings and recommendations.  Additionally, his former trial counsel is not a viable defendant in a section 1983 action.  *See Polk County v. Dodson*, 454 U.S. 312, 325 (1981) ("[A] public defender does not act under color of state law when performing a lawyer's traditional functions as counsel to a defendant in a criminal proceeding.").

1

It is, therefore, ORDERED that plaintiff's request to continue, ECF No. 12, is DENIED.

IT IS SO ORDERED.

Dated:    April 29, 2026    

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE