UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON M. GERMANY,

Plaintiff,

v.

SACRAMENTO CALIFORNIA
HIGHWAY PATROL, *et al.*,

Defendants.

Case No.  2:26-cv-0280-DJC-JDP (P)

FINDINGS AND RECOMMENDATIONS

On April 2, 2026, I recommended that plaintiff's first amended complaint be dismissed without leave to amend for failure to state a cognizable claim. ECF No. 11. I found that his claims could be pursued solely in a habeas action, insofar as they challenged the validity of his conviction. *Id.* at 2. On April 30, 2026, the district judge adopted my recommendations and this case was closed. ECF No. 14. On May 11, 2026, plaintiff filed a motion reconsideration, ECF No. 16, wherein he asks that the court reconsider the dismissal of his complaint and restates his claim that he was framed by the defendants. *Id.* at 1. His motion should be denied.

"Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J Multnomah County v. AC & S, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Here, plaintiff has failed to show that any of the foregoing

1

elements are met. Plaintiff has not presented newly discovered evidence or an intervening change in controlling law. Neither has he shown that the decision to dismiss his complaint was erroneous or unjust. Again, if plaintiff wishes to challenge the validity of his conviction, he may file a separate habeas action.

Accordingly, it is RECOMMENDED that plaintiff's motion for reconsideration, ECF No. 16, be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    July 1, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2